# Northeast Wisconsin Technical College
# Security Incident Report

Submitted on February 15, 2018 at 6:36:25 pm CST

| | |
|---|---|
| Nature: | Security Incident |
| Urgency: | Normal |
| Incident Date and Time: | 2018-02-14  10:24 AM |
| Incident Location: | Student Center (SC) SC305-General Studies Office |

Reported by

| | |
|---|---|
| Name: | Mike Jandrin |
| Title: | Security Supervisor |
| Email: | |
| Phone: | |
| Address: | |

[UNAUTHENTICATED]

Involved Parties

**Polly Olsen (21715103)**
Person of Concern

Description / Narrative--Select Incident type(s) below--Maximum 3 types

Incident Type
**Suspicious activity and/or person**

Incident Type

Narrative-Describe the events of this incident
On Wednesday, February 14, 2018, at approximately 10:27AM, the Security Department at NWTC received a complaint, via the telephone, of a female student in the General Studies Office (SC305) passing out Valentine's Day cards with bible references on the cards. When this phone complaint was received, I (NWTC Security Supervisor) immediately accessed the security camera for this area to see if this student was captured on video. I also advised Security Officer Jesse Hagel to respond to the General Studies Office area to attempt to locate this student. I further advised Hagel that if he located the female student that he should bring her to the security office should I could discuss this matter with her. The student handing out the Valentine's Day cards was described as wearing a red dress.
While Hagel was looking for the student, I located the beginning of the event on the security camera video footage. As I began watching this video, the female party handing out the cards appeared to be to be Polly Olsen. I am aware of Polly Olsen as I was involved in an (almost) identical incident with her three (3) years ago, and have spoken to her numerous times since that incident three years ago.
On the video, the female is observed handing something to a male and a female student that are studying at the table directly across the hall from the General Studies Office. The female is then observed walking into the General Studies Office and handing something to four (4) females that are standing and conversing just inside the doorway to the GS Office. The female is then observed going into Office Supervisor Angie Blasier's, unannounced and uninvited, for just a few seconds, and leaving something on Blasier's desk as she departs from this office. The female is then observed walking into the back of the GS Office, where the Associate Deans' offices are, as well as the Dean of General Studies, and some cubicles for other GS employees. I continued watching the video for several more minutes and did not see the female come out of the GS Office, leaving via the front (main) office door.
A few minutes later, Hagel returned to the security office. Polly Olsen was with Hagel. I asked Olsen to sit in my office where we could discuss this incident privately. She agreed to do so. Initially, I explained to Olsen that some people may consider her actions as soliciting, or find the message written on the card offensive. I further explained that this was not the reason that I was having a conversation with her. I informed Olsen

that the reason for my discussion with her was for (possibly) disturbing the learning environment, and walking into an area that is restricted to students without being invited or announced. At that time, Olsen presented the "card" that she had been distributing today. The "card" was a hand-made heart, with the words "He first loved us! 1 John 4:19. Olsen stated at this time that she was told three years ago that NWTC would change their policy on this, and that nothing had happened during this three year time period, so she thought she "get the ball rolling again" (not her exact words, but something to that affect).

At about this time, Security Coordinator Randy Schultz arrived in my office, and he was invited into our conversation. Olson explained to Schultz the events that took place three years ago, as well as today's event. Olson stated to Schultz and I that we (the college) are violating her right to freedom of speech, as well as discriminating against her for her religious beliefs. Schultz responded that we (Schultz and I-and the college) were not denying her her right to free speech or discriminating against her because of her religious beliefs. Schultz did explain to Olsen that I had explained to her, that we were discussing with her disrupting the learning environment as well as going into areas, unannounced and uninvited, that are restricted to staff members and where students are not permitted to walk into freely. When I asked her specifically if she went into the back portion of the GS office without being invited, she stated, "yes, but I know Cassie Reed". I then asked her if she left via the back door to that office area, she responded "yes". Her rationale for walking into the cubicle area of the GS Office was that she knew Cassie Reed. She did not ask anyone in the front portion of the GS Office if Cassie was available, nor did she know for certain if Cassie was at her work station when she chose to walk back into this area.

Schultz explained to Olsen that only a few weeks ago, he was invited to a meeting to discuss revising/changing the college's policy, and more specifically to address matters identical to the incident she was involved in today.

At this time, Olsen presented some printed papers to Schultz that contained case law from other colleges violated student's right to free speech and discrimination. Also in those papers was some sort of documentation from legislators and well as legal opinions. I did not specifically look at these papers, however, Schultz did review some of the pages and asked to keep his copy. Olsen told Schultz it was alright to keep the copies that he had.

Olsen further explained to Schultz and I that when the incident happened three years ago, she was promised that the college would revise the policy in lieu of her not filing a discrimination law suit against the college. There was a lengthy discussion between the three of us regarding the aftermath of the event several years ago (meeting, discussions with Student Life Office staff, etc.) Several times, Olsen referenced her willingness to file the discrimination law suit, and her not pursuing that course of action due to her being promised that the college policy would be changed. Olson also explained to us that part of the reason for her distributing these hearts was because it was something that her mother did for years at her place of employment before her mother passed away a few years ago. Olson told us that part of the reason for her actions was to continue on with her mother's tradition/legacy, and the other part was because the college had not anything in three years to change the policy and it was time to bring this matter forward again. During the course of this part of our conversation, every time Olsen mentioned violating her right to free speech or discrimination against her, Schulz and I would reiterate that the purpose of our conversation was in regards to disrupting the learning environment and going into areas of the college that students cannot freely walk into. Our conversation with her was not about her right to free speech or discrimination.

At the end of the meeting, Olsen stated that she would not hand out any more of the Valentine's Day hearts on NWTC property today, as she had other places that she could distribute them.

Video footage of this incident is attached to this report.

Included below are notes/accounts of this conversation from Randy Schultz.

Statement of Randy S. Schultz:

On 02-14-18 in walking into Security Supervisor Mike Jandrins' office I interrupted a conversation he was having with student Polly Olsen.

I learned that Polly had recently been passing out red heart shaped valentines and in doing so walked past the reception desk in General Studies (SC305) and into the office cubicle area not normally open to students. Security was called and Mike found Polly. I was then informed of their last meeting, about 3 years ago, when Polly was dressed in a clown suit and passing out valentines. Polly expressed her displeasure with Student Involvement at that time and was concerned that nothing was ever done with her complaint.

As we talked about today's issue she repeatedly tried to make it appear that the concern of employees and security was the Christian content of her valentines. Mike and I repeatedly informed her that it wasn't. Our concern was only that she was in an area not normally open to students and in today's environment that concerns employees.

Polly made it clear that she wished to file a formal complaint over "Discrimination" due to today's issue and the issue three years ago that was never resolved. She indicated she had legal counsel and was a paralegal student. We asked her to e-mail her writing from three years ago and to include writing about today's issue. Mike completed an Incident Report.

Polly agreed and was professional. We both agreed to exchange e-mail addresses and to forward any newly published information on this current topic of mutual interest.

End of Report, 02-15-18

Included below are notes/accounts of this conversation from Polly Olsen.

"Jesus Loves You" Valentines report
Date: February 14th, 2018
Time: 10:10 am -11:30 am
Where: NWTC Green Bay Campus
Event Information:

At 10:10 am, Polly Olsen entered the NWTC Green Bay campus BI building with a bag full of "Jesus Loves You" Valentines for fellow students, friends and faculty. Shortly after leaving the General studies office, where her friends work, campus security was sent to stop Olsen at about 10:20 am from handing out the "Jesus Loves You" Valentines. Olsen offered the security guard a Valentine like everyone else, he refused and said it was because he was here to stop Olsen from soliciting on campus. Olsen was then taken to the security office and told that she was not allowed to hand the Valentines out because school policy prohibits it. Olsen then handed them a copy of the 1st amendment rights for students and said that the school policies are unconstitutional and need to be changed. Like she was told they would three years ago when a similar incident accused. That incident could have ended up in court if the agreement to have the campus policies changed and the education of staff about the 1st amendment rights had not been agreed upon by campus staff. Clearly, NWTC has not changed the policies or educated their staff about the constitutional rights of the student. Olsen then left the office at about 11:30 am.

Attachments

gbsc304corridor20180214 10h24min00s000ms.asf

*Pending IR #00002865*
*Submitted from 198.150.66.2 and routed to Michael Jandrin (Security Supervisor). Processed by routing rule #22.*
*Copies to: john.grant@nwtc.edu,kelly.schumacher@nwtc.edu,randy.schultz@nwtc.edu,mark.franks@nwtc.edu,*