AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

EASTERN DISTRICT OF WISCONSIN

POLLY OLSEN,

        Plaintiff,

        v.

H. JEFFREY RAFN, COLLEEN SIMPSON,
RANDY SCHULTZ, MIKE JANDRIN,
JESSE HAGEL, CARLA HEDTKE,
KIM SCHANOCK, GERALD WORRICK,
CATHY DWORAK, DAVID MAYER,
JEFF RICKABY, DOROTHY SADOWSKI,
RICHARD STADELMAN, BEN VILLARRUEL,
and NORTHEAST WISCONSIN
TECHNICAL COLLEGE DISTRICT BOARD,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 18-C-1366

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Polly Olsen recover nominal damages in the amount of $1.00; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that the Defendants violated Polly Olsen's First Amendment rights by prohibiting her from handing out Valentines on February 14, 2018; and

**IT IS FURTHER ORDERED** that the Defendants are enjoined from applying Northeast Wisconsin Technical College's "Freedom of Speech, Expression, and Public Assembly Policy" so as to prohibit students from offering other students Valentines or similar notes.

                Approved:        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court

Dated:   September 13, 2019

                                                      STEPHEN C. DRIES
                                                      Clerk of Court

                                                      s/ Terri Lynn Ficek
                                                     (By) Deputy Clerk