UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

POLLY OLSEN

    Plaintiff,

v.              Case No. 18-cv-1366
               Hon. William C. Griesbach

NORTHEAST WISCONSIN TECHNICAL
COLLEGE, et al.

    Defendants.

## JOINT MOTION FOR AN ORDER POSTPONING
## PROCEEDINGS REGARDING ATTORNEY FEES AND COSTS

  Pursuant to Fed. R. Civ. P. 54(d)(2)(b), the Parties to the above-captioned action hereby jointly move the Court for entry of an Order postponing the deadline for the Plaintiff to seek attorney's fees and to tax costs in this action for 14 days from September 27, 2019 to October 11, 2019.

  The grounds for this motion are as follows:

  1.  On September 13, 2019, this Court entered a Decision and Order [Doc. #27] granting summary judgment to Plaintiff.  On that same date, the Clerk of Court entered judgment for Plaintiff and against the Defendant.  [Doc. #28.]

  2.  Pursuant to Fed. R. Civ. P. 54(d), a claim for attorney fees and costs other than attorney fees must be filed no later than 14 days after the entry of judgment "[u]nless . . . a court order provides otherwise."

  3.  Counsel for the parties are in discussions to resolve the amount of attorney's fees and costs, and counsel believes those discussions are likely to result in an agreement that resolves the matter without further involvement of the Court.

4. Counsel conferred by telephone on Monday, September 23, 2019 and again on Wednesday, September 25, 2019 and reasonably expect that they will know if they have an agreement by October 4, 2019.

5. The parties agree that the interests of justice, as well as interests of judicial economy, will be served by postponing the deadline for all fee and cost issues as set forth in this joint motion.

For the foregoing reasons, the Parties respectfully request that this Court grant the joint motion to postpone the deadline for the Plaintiff to seek attorney's fees and to tax costs in this action for 14 days from September 27, 2019 to October 11, 2019.

Pursuant to Civil Local Rule 7(a)(2), the undersigned certify that no brief or other supporting documents will be filed with this Motion.

Submitted this 26th day of September, 2019.

Respectfully submitted,

WISCONSIN INSTITUTE FOR LAW & LIBERTY
/s/ Richard Esenberg
Richard M. Esenberg, WI Bar No. 1005622
414-727-6367; rick@will-law.org
Brian McGrath, WI Bar No. 1016840
414-727-7412; brian@will-law.org
Attorneys for Plaintiff
MAILING ADDRESS:
1139 East Knapp Street
Milwaukee, WI  53202-2828
414-727-9455; FAX:  414-727-6485

Attorneys for the Defendants
DAVIS & KUELTHAU, s.c.

/s/ Kathy L. Nusslock
Kathy L. Nusslock, WI Bar No. 1014027
414-225-1447; knusslock@dkattorneys.com
Anthony J. Steffek, WI Bar No. 1053615
920-431-2237, asteffeck@dkattorneys.com
MAILING ADDRESS:
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202-6613