UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

POLLY OLSEN

        Plaintiff,

v.

NORTHEAST WISCONSIN TECHNICAL
COLLEGE, et al.

        Defendants.

Case No. 18-cv-1366
Hon. William C. Griesbach

## SATISFACTION OF JUDGMENT

1. On September 13, 2019, the Court entered a Judgment in a Civil Case, which granted judgment in favor of Polly Olsen and against the defendants, for nominal damages in the amount of $1.00, in addition to other non-monetary relief.

2. The parties acknowledge that such Judgment in a Civil Case entitled Polly Olsen to recover certain attorney's fees and costs.

3. The parties further acknowledge the portion of the Judgment in a Civil Case entered on September 13, 2019, granting monetary relief, including any attorneys' fees and costs Polly Olsen may have been entitled to recover, has been satisfied as of November 13, 2019.

4. Polly Olsen authorizes and directs the Clerk of Court to satisfy the monetary judgment in toto.

Submitted this 30th day of March, 2020.

        Respectfully submitted,

        WISCONSIN INSTITUTE FOR LAW & LIBERTY
        /s/ Richard Esenberg
        Richard M. Esenberg, WI Bar No. 1005622
        414-727-6367; rick@will-law.org
        Brian McGrath, WI Bar No. 1016840
        414-727-7412; brian@will-law.org
        Attorneys for Plaintiff
        MAILING ADDRESS:
        330 E. Kilbourn, Suite 725
        Milwaukee, WI 53202
        414-727-9455; FAX: 414-727-6485